David G. Hagopian, State Bar No. 145171
dhagopian@cdflitigation.com
Jeffrey Sikkema, State Bar No. 164367
jsikkema@cdflitigation.com
CAROTHERS DiSANTE & FREUDENBERGER LLP
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 622-1661
Facsimile:  (949) 622-1669

Attorneys for Defendant
NATIONWIDE BUSINESS RESOURCES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NATIONWIDE BUSINESS RESOURCES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　　Defendant. | Case No. 2:18-cv-04180-MWF-KLS<br><br>Assigned for All Purposes To:<br>Judge: Michael W. Fitzgerald<br>Ctrm: 5A<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 18, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), named Plaintiff CRAIG CUNNINGHAM ("Plaintiff Cunningham") and Defendant NATIONWIDE BUSINESS RESOURCES, INC. ("Defendant") (Plaintiff and Defendant shall be referred to collectively as the "Parties") in the above-captioned action ("Action") respectfully move this Honorable Court to dismiss the entirety of Plaintiff Cunningham's individual claims with prejudice and the putative class action claims Plaintiff Cunningham alleges without prejudice.  A proposed order has been concurrently submitted to this Court.  Each party shall bear his/its own attorneys' fees, costs, and expenses in the Action.

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Cunningham may dismiss this Action without Court Order by filing this Stipulation of Dismissal, signed by counsel of record for all Parties.

This Stipulation of Dismissal complies with Rule 41(a)(1)(A), in that there is no certified class in this Action. Further, Rules 23.1(c), 23.2 and 66 do not apply to this Action.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:**

Dated: January 24, 2018     LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:      /s/ Adrian R. Bacon
         Todd M. Friedman
         Adrian R. Bacon
Attorneys for Plaintiff
CRAIG CUNNINGHAM


Dated: January 24, 2018     CAROTHERS DISANTE & FREUDENBERGER LLP


By:      /s/ Jeffrey L. Sikkema
         Jeffrey L. Sikkema
Attorneys for Defendant
NATIONWIDE BUSINESS RESOURCES, INC.

## **CERTIFICATE OF SERVICE**

Filed electronically on January 24 2019, with:

United States District Court CM/ECF system

Notification sent electronically on January 24 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN