# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONWIDE BUSINESS RESOURCES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　Defendant. | Case No. 2:18-cv-04180-MWF-KLS<br><br>Assigned for All Purposes To:<br>Judge: Michael W. Fitzgerald<br>Ctrm: 5A<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 18, 2018 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of named Plaintiff CRAIG CUNNINGHAM ("Plaintiff Cunningham") and Defendant NATIONWIDE BUSINESS RESOURCES, INC. ("Defendant") (Plaintiff Cunningham and Defendant shall be referred to collectively as the "Parties"), the entire above- captioned action ("Action") is dismissed with prejudice as to named Plaintiff Cunningham's individual claims, and without prejudice as to the putative class action

Each Party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

*/s/ Michael W. Fitzgerald*

Date: January 24, 2018　　Honorable Michael W. Fitzgerald
　　　　　　　　　　　　United States District Court Judge